BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-09-00959 PJH |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER APPOINTING |
| v. | ) | THE FEDERAL PUBLIC DEFENDER |
| | ) | |
| JERRY LEE GUSS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the Federal Public Defender's Office is appointed to represent Jerry Lee Guss.

Dated: March 17, 2010

_____
LAUREL BEELER
United States Magistrate Judge