1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant GUSS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-09-00959 PJH |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE MATTER ON MAGISTRATE COURT CALENDAR FOR INITIAL APPEARANCE |
| v. | ) | |
| JERRY LEE GUSS, | ) | **The Hon. Laurel Beeler** |
| Defendant. | ) | |

On October 1, 2009, the Grand Jury charged Jerry Lee Guss with theft or embezzlement from an employee pension fund, in violation of 18 U.S.C. § 664. Mr. Guss made an initial appearance in the Southern District of Texas on March 8, 2009 pursuant to Rule 5 of the Federal Rules of Criminal Procedure. The magistrate judge there appointed the Federal Public Defender and released Mr. Guss on an unsecured $50,000 bond. Mr. Guss has not yet been arraigned.

Two months ago, the parties jointly requested that the magistrate court set this matter on its July 12, 2010 calendar for an initial appearance in this district. The parties stipulate and agree that this matter should be continued to September 20, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (7)(A) and (B)(iv),

between the date of this stipulation and September 20, 2010.

There are three main reasons for this continuance. First, Mr. Guss is 73 years old, and it is defense counsel's understanding that there may be competency issues stemming from a year-old head injury and possible early onset of Alzheimer's disease. Defense counsel has obtained medical records and now plans to have Mr. Guss evaluated so that the parties can assess his current medical issues and his mental state. It will take the expert approximately two months to complete a review, examination and report.

Second, defense counsel believes that Mr. Guss is not physically able to travel to Oakland, California at this time. He is currently in a nursing facility outside of Houston, Texas recuperating from surgery. Mr. Guss had surgery in April 2010 to remove a blood clot in his brain, and in May 2010 he had a second surgery on his prostate to cure an infection from an improperly inserted catheter. He is still recovering from surgery.

Finally, the government has produced voluminous discovery in this case, and the defense needs time to review and process the information provided. The requested continuance will allow the defense time to review the discovery and to investigate the underlying facts of the case.

The parties agree that the period of time from July 12, 2010 through September 20, 2010 should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) due to the delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.

The parties also agree that the failure to grant the parties' request to continue this matter over to September 20, 2010 would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the ends of justice served by this request outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from July 12, 2010 to September 20, 2010, should also be excluded

Stip. Req. To Continue Matter on Magistrate
Calendar, No. CR-09-00959 PJH                    2

pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: July 2, 2010             /S/
                                KESLIE STEWART
                                Assistant United States Attorney


DATED: July 2, 2010             /S/
                                ANGELA M. HANSEN
                                Assistant Federal Public Defender


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ ANGELA M. HANSEN

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given the defense need to investigate medical and mental health issues before Mr. Guss can make an initial appearance in this district;

2. Given that Mr. Guss is in a nursing facility in Houston, Texas recovering from surgery, and that it is defense counsel's belief that Mr. Guss in not physically able to travel at this time;

3. Given that the government has produced voluminous discovery and defense counsel's need to review and process the discovery, and given that these tasks are necessary to the defense preparation of the case and that the failure to grant the parties' request to continue this matter would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the initial appearance date of July 12, 2010 at 10:00 a.m. is vacated and reset to September 20, 2010 at 10:00 a.m. for an initial appearance. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (7)(A) and (B)(iv), from July 12, 2010 to September 20, 2010.

DATED: July 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

Stip. Req. To Continue Matter on Magistrate
Calendar, No. CR-09-00959 PJH                    4