| | |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney | **FILED**<br>JAN 27 2011<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division | |
| KESLIE STEWART (CABN 184090)<br>Assistant United States Attorney<br>1301 Clay Street, Suite 340S<br>Oakland, CA 94612<br>Telephone: (510) 637-3680<br>Fax: (510) 637-3724<br>E-Mail: Keslie.Stewart@usdoj.gov | |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JERRY L. GUSS,<br><br>   Defendant. | No. CR 09-00959 PJH<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: January 26, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment.

Date: 1/27/11

PHYLLIS J. HAMILTON
United States District Judge